IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 19-cv-01277-CMA-NYW

POPSOCKETS LLC,

    Plaintiff,

v.

ONLINE KING LLC,

    Defendant.
_____

ORDER FOR ADMINISTRATIVE CLOSURE

    This matter is before the Court *sua sponte*. Defendant Online King LLC filed a Chapter 11 voluntary petition for bankruptcy in the United States Bankruptcy Court for the Eastern District of New York. *See (*Doc. # 76 at 1 n.1.) Pursuant to 11 U.S.C. § 362, an automatic stay is triggered upon the filing of a bankruptcy petition.

    Accordingly, the Court hereby ORDERS that the above-captioned case be STAYED and ADMINISTRATIVELY CLOSED, subject to reopening by Plaintiff upon filing with this Court either (1) an order from the United States Bankruptcy Court for the Eastern District of New York (Case No. 20-42591) granting relief from the automatic stay OR (2) a notice that the bankruptcy case has been dismissed without a discharge of this obligation having been granted. It is

    FURTHER ORDERED that, beginning January 1, 2021, Plaintiff shall file a report

regarding the status of the bankruptcy case on a quarterly basis, keeping the Court so informed.

DATED: July 20, 2020

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge